# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 4/1/16 ℒℛ
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
James Bernard Godwin, Jr.

Case No: 5:12-CR-287-1BO
USM No: 56639-056

Date of Original Judgment: March 20, 2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

G. Alan DuBois
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months **is reduced to** 63 months in Counts 1, 2, 3, & 5.

The sentences in Counts 1, 2, 3, and 5 shall run concurrently. The sentence in Count 4 remains 60 months, consecutive, resulting in a total sentence of 123 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 20, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4-1-16

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*